IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE FAVIO MOLINA JEREZ, | ) | |
| | ) | |
| Petitioner, | ) | 8:08CV522 |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY LYNCH, Director of | ) | ORDER |
| Immigration and Customs | ) | |
| Enforcement, Omaha Office; | ) | |
| MICHAEL B. MUKASEY, Attorney | ) | |
| General; and MICHAEL CHERTOFF, | ) | |
| Secretary of Department of | ) | |
| Homeland Security, | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the Court on the motion to withdraw attorney Joshua W. Weir as counsel of record for plaintiff. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; Joshua W. Weir is deemed withdrawn as counsel for plaintiff.

DATED this 6th day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court