```
        IN THE UNITED STATES DISTRICT COURT FOR THE

                     DISTRICT OF NEBRASKA

JOSE FAVIO MOLINA JEREZ,      )
                              )
             Petitioner,      )         8:08CV522
                              )
        v.                    )
                              )
JEFFREY LYNCH, Director of    )         ORDER
Immigration and Customs       )
Enforcement, Omaha Office;    )
MICHAEL B. MUKASEY, Attorney  )
General; and MICHAEL CHERTOFF,)
Secretary of Department of    )
Homeland Security,            )
                              )
             Respondents.     )
_____)
```

Pursuant to the judgment entered by the United States Court of Appeals for the Eighth Circuit (Filing No. 39),

IT IS ORDERED:

1) This matter is dismissed with prejudice; and

2) All pending motions are denied as moot.

DATED this 7th day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court